**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**GROUND SUPPORT SPECIALISTS, LLC**                                  **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 2:10CV207-WAP-JMV**

**DATA PANEL CORP. AND FORCE AMERICA, INC.**                **DEFENDANTS**

**ORDER GRANTING UNOPPOSED
MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES**

The present cause comes before the Court on the parties' *ore tenus* Motion to Extend Case Management Order Deadlines in the above-styled and numbered cause. Being advised that the parties have no objection, the Court finds the motion to be well taken.

IT IS THEREFORE ORDERED:

1. That the parties' *ore tenus* Motion to Extend Case Management Order Deadlines is hereby GRANTED;

2. That the Defendants' expert designation deadline is extended up through and including Friday, March 16, 2012;

3. That the discovery deadline is extended up through and including Friday, April 13, 2012 ; and

4. That the motion deadline is extended up through and including Monday, April 30, 2012.

THIS, the 17th day of January, 2012.

                                                             /s/Jane M. Virden
                                                             **HONORABLE JANE M. VIRDEN
                                                             United States Magistrate Judge**

Submitted by:

s/ S. Ray Hill, III
S. RAY HILL, III, MSB #100088
Clayton O'Donnell, PLLC
P.O. Drawer 676
Oxford, MS 38655
Telephone: (662) 234-0900
Facsimile: (662) 234-3557
rhill@claytonodonnell.com


s/Jonathan C. Miesen
JONATHAN C. MIESEN, MNB #19752X
Stoel Rives, LLP
33 South Sixth Street, Suite 4200
Minneappolis, MN 55402
jcmiesen@stoel.com


s/Robertson M. Leatherman
ROBERTSON M. LEATHERMAN, JR., TNB #8373
1661 International Place Drive, Suite 400
Memphis, TN 38120
bleatherman@bleatherman.com